UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NEW YORK CITY HEALTH AND<br>HOSPITALS CORPORATION,<br><br>                    Defendant. | 22-CV-0764 (RA)<br><br>ORDER OF SERVICE |

RONNIE ABRAMS, United States District Judge:

By order dated April 15, 2022, the Court ordered service on Defendant New York City

Health and Hospitals Corporation ("H+H"). On April 18, 2022, the Clerk of Court issued a

summons for H+H.

On September 22, 2022, the U.S. Marshals Service filed a U.S. Marshals Service Process

Receipt and Return form ("USM-285 form"), indicating that service could not be executed on

H+H because the entity is no longer located at its former address, 125 Worth Street, New York,

New York. The Court has since learned that H+H accepts service of summons by email at:

HHCService@nychhc.org.

Accordingly, the Court directs the Clerk of Court to fill out a USM-285 form for H+H

and include the email address HHCService@nyshhc.org so the Marshals Service may effect

service by email. The Clerk of Court is further instructed to issue an amended summons and

deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect

service upon the defendant.

Plaintiff must notify the Court in writing if his address changes, and the Court may

dismiss the action if Plaintiff fails to do so.

**CONCLUSION**

The Clerk of Court is instructed to issue an amended summons for the New York City

Health + Hospitals, complete the USM-285 form with the email address

HHCService@nyshhc.org for this defendant, and deliver all documents necessary to effect

service to the U.S. Marshals Service.

SO ORDERED.

Dated:    October 20, 2022
          New York, New York

_____
Ronnie Abrams
United States District Judge

2