UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald Davidson,

                      Plaintiff,

-against-

New York City Health and Hospitals Corporation,

                      Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2023

1:22-cv-00764 (RA) (SDA)

**AMENDED AND SUPPLEMENTAL ORDER OF SERVICE**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, by order dated April 15, 2022, the Court directed service on Defendant New York City Health and Hospitals Corporation ("H+HC") (ECF No. 7); and

    WHEREAS, on April 18, 2022, the Clerk of Court issued a summons for H+HC; and

    WHEREAS, on September 22, 2022, the U.S. Marshals Service ("USMS") filed a USMS Process Receipt and Return form ("USM-285 form"), indicating that service could not be executed on H+HC because the entity was no longer located at its former address, 125 Worth Street, New York, New York (ECF No. 10); and

    WHEREAS, on October 20, 2022, the Court directed service on H+HC via the email address HHCService@nyshhc.org (ECF No. 12); and

    WHEREAS, on January 27, 2023, the USMS filed a USMS Process Receipt and Return form ("USM-285 form"), indicating that service could not be executed on H+HC because the email address, HHCService@nyshhc.org, "kicks back to no domain" (ECF No. 17).

NOW, THEREFORE, it is hereby ORDERED, as follows:

1. The Clerk of Court is respectfully directed to fill out a USM-285 form for H+HC and include the address 50 Water Street, 17th Fl., New York, NY 10004, so the USMS may effect service.

2. The Clerk of Court is further instructed to issue an amended summons and deliver to the USMS all the paperwork necessary for the USMS to effect service upon H+HC.

3. The Court hereby extends, for good cause, the time to serve until 90 days from today. If the complaint is not served within 90 days after the summons is issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service); *see also Murray v. Pataki*, 378 F. App'x 50, 52 (2d Cir. 2010) ("As long as the [plaintiff proceeding IFP] provides the information necessary to identify the defendant, the Marshals' failure to effect service automatically constitutes 'good cause' for an extension of time within the meaning of Rule 4(m).").

**SO ORDERED.**

DATED:    New York, New York
          January 31, 2023

_____
STEWART D. AARON
United States Magistrate Judge