```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald Davidson,

                 Plaintiff,

-against-

New York City Health and Hospitals Corporation,

                 Defendant.

1:22-cv-00764 (RA) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

Pending before the Court are two motions: Plaintiff's "Motion for Reasonable Accommodation for Plaintiff with Handicaps & Disabilities" (Pl.'s 9/28/22 Mot., ECF No. 11) and "Amended Motion RE Request for Interactive Processes for Determining Accommodations & Modifications of Procedure for Plaintiff with Disabilities." (Pl.'s 10/20/22 Am. Mot., ECF No. 13.) The motions are GRANTED IN PART and DENIED IN PART.

The Court is amenable to providing Plaintiff with reasonable accommodations for his disability during the pendency of the case. When Plaintiff needs such an accommodation, Plaintiff should reach out to the Court and the Court will do its best to accommodate Plaintiff's disability.

SO ORDERED.

Dated:    New York, New York
            June 6, 2023

_____
STEWART D. AARON
United States Magistrate Judge