UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                              Plaintiff,<br><br>             -against-<br><br>NEW YORK CITY HEALTH AND<br>HOSPITALS CORPORATION,<br><br>                              Defendant. | 22-CV-0764 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

Plaintiff Ronald Davidson's application for an extension of time to file objections to Judge Aaron's Order at ECF No. 22 is granted. Plaintiff shall file his objections no later than September 4, 2023. The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 26.

Plaintiff is reminded that he may wish to consult the New York Leal Assistance Group's legal clinic for *pro se* litigants, by visiting its website at nylag.org/pro-se-clinic or by calling (212) 659-6190. This clinic, which is unaffiliated with the Court, assists *pro se* litigants with federal civil cases.

SO ORDERED.

Dated:   August 4, 2023
         New York, New York

                                                            _____
                                                            Ronnie Abrams
                                                            United States District Judge