UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                    Plaintiff,<br><br>          -against-<br><br>NYC HEALTH AND HOSPITALS CORPORATION,<br><br>                    Defendant. | 22-CV-764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

A status conference in this case will be held on **Tuesday, November 28, 2023, at 11 AM, in Courtroom 15A** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York. The parties should be prepared to discuss (1) plaintiff's request for interactive processes and (2) defendant's pending motion to dismiss the complaint. *See* Dkts. 27, 29, 33.

   SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                              _____
                                              ARUN SUBRAMANIAN
                                              United States District Judge