UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD DAVIDSON,

                Plaintiff,

      -against-                          22-cv-764 (AS)

NYC HEALTH AND HOSPITALS                 ORDER
CORPORATION,

                Defendant.

---

ARUN SUBRAMANIAN, United States District Judge:

    As discussed at the November 28th conference, NYC Health and Hospitals Corporation shall order a copy of the transcript of that conference and provide it to the Court and Mr. Davidson. Mr. Davidson may file any clarifications to that transcript on the docket.

    SO ORDERED.

Dated: November 30, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge