UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald Davidson,

                Plaintiff,

-against-

New York City Health and Hospitals Corporation,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2024

1:22-cv-00764 (AS) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

    WHEREAS, on January 28, 2022, *pro se* Plaintiff Ronald Davidson initiated this action by filing a Complaint (Compl., ECF No. 2); and

    WHEREAS, on February 15, 2022, Plaintiff filed an Amended Complaint (Am. Compl., ECF No. 5); and

    WHEREAS, on July 14, 2023, Defendant New York City Health and Hospitals Corporation filed a motion to dismiss the action (Def.'s Mot. to Dismiss, ECF No. 27); and

    WHEREAS, on December 4, 2023, District Judge Subramanian granted Defendant's motion to dismiss in part with respect to Plaintiff's claims under the New York Freedom of Information Law and his claims premised on 42 U.S.C. § 1983 (*i.e.*, where Plaintiff alleged Defendant violated 42 U.S.C. § 1396a(a)(19)) and denied Defendant's motion to dismiss in part with respect to Plaintiff's claims under Title II of the Americans with Disabilities Act, the Rehabilitation Act of 1973, under the New York State Human Rights Law and the New York City Human Rights Law (Mem. Op. & Order, ECF No. 42); and

WHEREAS, District Judge Subramanian provided Plaintiff until January 31, 2024, to file a second amended complaint, which could include "additional allegations of wrongful acts he believed H&H has engaged in" (Mem. Op. & Order at 5); and

WHEREAS, Plaintiff did not file a second amended complaint on or before January 31, 2024.

NOW, THEREFORE, it is hereby **ORDERED**, as follows:

1. The initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed by February 23, 2024.

2. All discovery in this action shall be completed by June 7, 2024.

3. On April 5, 2024, the parties shall file a joint letter regarding the status of discovery.

4. The Clerk of the Court is directed to mail this Order to Plaintiff at the address indicated on the docket. Defendant shall promptly email a copy of this Order to the Plaintiff at the email address reflected on the docket.

**SO ORDERED.**

Dated:   New York, New York
         February 8, 2024

_____
STEWART D. AARON
United States Magistrate Judge