UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                            Plaintiff,<br><br>                -against-<br><br>NYC HEALTH AND HOSPITALS CORPORATION,<br><br>                           Defendant. | 22-CV-00764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Plaintiff's request for a stay is GRANTED. Dkt. 47. On or before May 31, 2024, plaintiff shall inform the Court whether the case should remain stayed or whether he is ready to proceed with litigation.

      The Clerk of Court is directed to STAY this case.

      SO ORDERED.

Dated: March 29, 2024
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                  United States District Judge