UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON, <br><br>        Plaintiff, <br><br> -against- <br><br> NYC HEALTH AND HOSPITALS CORPORATION, <br><br>        Defendant. | 22-CV-00764 (AS) <br><br> <u>ORDER</u> |

ARUN SUBRAMANIAN, United States District Judge:

On March 26, 2024, Plaintiff Ronald Davidson asked the Court to stay this case. Dkt. 48. The Court granted that motion on March 29, 2024, ordering Mr. Davidson to inform the Court on or before May 31, 2024, whether he is ready to proceed with litigation. Dkt. 48.

By June 14, 2024, Mr. Davidson should file a letter with the Court indicating whether he is ready to proceed with litigation or whether he would like the case to remain stayed.

SO ORDERED.

Dated: June 3, 2024
    New York, New York

                 _____
                  ARUN SUBRAMANIAN
                  United States District Judge