UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                    Plaintiff,<br><br>           -against-<br><br>NYC HEALTH AND HOSPITALS CORPORATION,<br><br>                    Defendant. | 22-CV-764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's August 2, 2024 Order, ECF No. 54, Plaintiff was required to file a letter indicating whether he is ready to proceed with litigation or whether he wishes this case to remain stayed by August 30, 2024. To date, Plaintiff has not filed this letter. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **September 27, 2024**.

      SO ORDERED.

Dated: September 3, 2024
       New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge