UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RONALD DAVIDSON,<br><br>                        Plaintiff,<br><br>         -against-<br><br>NYC HEALTH AND HOSPITALS<br>CORPORATION,<br><br>                        Defendant. | 22-CV-00764 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's hearing, the Court will hold its next hearing in this case on September 19, 2025, at 3:00 PM in Courtroom 15A, 500 Pearl Street, New York, NY 10007, to give plaintiff Ronald Davidson time to prepare for his next court appearance. The Court will attempt to provide a computer aided real-time transcription (CART) at that conference.

Defendant must order the transcript of today's hearing and send it via email or certified mail to Davidson.

SO ORDERED.

Dated: February 26, 2025
         New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge