UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RONALD DAVIDSON,

Plaintiff,

-against-

NYC HEALTH AND HOSPITALS
CORPORATION,

Defendant.

22-CV-764 (AS)

ORDER

---

ARUN SUBRAMANIAN, United States District Judge:

Plaintiff Ronald Davidson did not appear at the conference scheduled for today, September 19, 2025, at 3:00 PM. Mr. Davidson is hereby ordered to file a letter by **October 30, 2025**, indicating whether he intends to proceed with this suit, which has been stayed since March 29, 2024. *See* Dkt. 48. If no letter is received, this case may be dismissed for lack of prosecution.

SO ORDERED.

Dated: September 22, 2025
New York, New York

ARUN SUBRAMANIAN
United States District Judge