UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald Davidson,

      Plaintiff,

-against-

NYC Health and Hospitals Corporation,

      Defendant.

22-cv-764 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

 On September 22, 2025, the Court noted that Mr. Davidson failed to appear at a conference scheduled for September 19, 2025. The Court entered an order for Mr. Davidson to inform the Court by October 30, 2025, whether he intended to proceed with the case, which has been stayed since March 29, 2024. Dkt. 69.

 On October 28, 2025, Mr. Davidson submitted a letter, which appears to indicate an intent to proceed with the case, and to amend the complaint to include other defendants. Dkt. 70.

 Further, Mr. Davidson filed a motion "per FRCP Rule 54(b)(1)(B) and FRCP 9 Re: ECF No. 69." Dkt. 71. The Court carefully reviewed Mr. Davidson's motion. There is no Rule 54(b)(1)(B) and it's unclear what Rule 9 has to do with this case, but in any event, Mr. Davidson seems to want the Court to vacate its order at Dkt. 69, despite the fact that the Court merely asked Mr. Davidson whether or not he wanted to proceed with the case, which Mr. Davidson has indicated that he does. That part of the motion is DENIED.

 But it appears that what Mr. Davidson is asking for is the ability to file an amended complaint in this case. That part of the motion is GRANTED, although this is the only amendment that will be permitted. The Court fully understands that Mr. Davidson needs time to put together his amended complaint, and so that complaint will be due on February 11, 2026.

 The stay of this case is lifted and Mr. Davidson should file his amended complaint on or before February 11, 2026. The Clerk of Court is respectfully directed to terminate Dkt. 71.

 SO ORDERED.

Dated: November 18, 2025
   New York, New York

                ARUN SUBRAMANIAN
                United States District Judge