UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ronald Davidson,

                                 Plaintiff,

            -against-                                            22-CV-764 (AS)

NYC Health and Hospitals Corporation,                           ORDER

                                 Defendant.

ARUN SUBRAMANIAN, United States District Judge:

        Plaintiff Ronald Davidson filed this case pro se in January 2022. Dkt. 1. After the Court granted defendant's motion to dismiss the First Amended Complaint, it granted Davidson leave to file a second amended complaint in December 2023. Dkt. 42. On Davidson's request, the Court stayed the case in March 2024. Dkt. 48. The Court subsequently extended the stay several times at Davidson's request. Dkts. 52, 54, 57. Most recently, the Court previously extended the time for Davidson to file an amended complaint to February 11, 2026. Dkt. 75.

        No amended complaint has been filed. This case is therefore DISMISSED WITHOUT PREJUDICE.

        The Clerk of Court is respectfully directed to close this case.

        SO ORDERED.

Dated: March 6, 2026
        New York, New York

                                                _____
                                                ARUN SUBRAMANIAN
                                                United States District Judge